AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

### Northern District of Florida

DATE: **5/6/21**

TIME: **10:30A**

INITIAL: **BMG**

ID#: _____

| | |
|---|---|
| B & M SERVICES LLC, a Mississippi limited liability company, | ) ) ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) Civil Action No. 3:21-cv-467-MMH-JBT ) |
| L.A. DISASTER RELIEF, LLC, a Florida limited liability company, | ) ) ) ) |
| *Defendant(s)* | ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   L.A. DISASTER RELIEF, LLC
c/o Kyle E. Adams, Registered Agent
102 Whispering Pines Trail
Interlachen, FL   32148

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   William A. McBride, Esquire
Trenam Law
101 E. Kennedy Blvd., Suite 2700
Tampa, FL  33602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

BarbaraRothermel

Date:  5/3/2021

_____
*Signature of Clerk or Deputy Clerk*

## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 3:21-CV-467-MMH-
JBT

Plaintiff:
**B & M Services LLC, a Mississippi limited liability company,**

vs.

Defendant:
**L.A. Disaster Relief, LLC, a Florida limited liability company,**

For:
William McBride
Trenam Law
101 East Kennedy Boulevard
Suite 2700
Tampa, FL 33602

Received by Bailey Goldberg on the 5th day of May, 2021 at 5:53 pm to be served on **L.A. Disaster Relief, LLC c/o Kyle E. Adams, Registered Agent, 102 Whispering Pines Trail, Interlachen, FL 32148.**

I, Bailey Goldberg, do hereby affirm that on the **6th day of May, 2021** at **10:30 am, I:**

served an **AUTHORIZED** entity by delivering a true copy of the **SUMMONS IN CIVIL ACTION, COMPLAINT, JURY TRIAL DEMAND and EXHIBIT** with the date and hour of service endorsed thereon by me, to: **Shelby .** as **Manager** at the address of: **102 Whispering Pines Trail, Interlachen, FL 32148**, who stated they are authorized to accept service for **L.A. Disaster Relief, LLC**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 40, Sex: F, Race/Skin Color: White, Height: 5'2", Weight: 150, Hair: Auburn, Glasses: N

I certify that I have no interest in the above action, am over the age of 18, and have proper authority in the jurisdiction in which this service was effected. Under penalties of perjury, I declare that I have read the foregoing affidavit and that the facts stated in it are true to the best of my knowledge.

**Bailey Goldberg**
Process Server

**TRGT**
**PO Box 1066**
**Pinellas Park, FL 33781**

Our Job Serial Number: RCG-2021003860
Ref: 21-1425

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1z