# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

B&M SERVICES, LLC, a Mississippi limited liability company,

    Plaintiff,

v.                                     Case No.: 3:21-cv-00467-MMH-JBT

L.A. DISASTER RELIEF, LLC, a Florida limited liability company

    Defendant.

_____/

## L.A. DISASTER RELIEF, LLC'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have any interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

    a. **L.A. Disaster Relief, LLC, Defendant;**

    b. **Kyle Adams, Member of Defendant;**

    c. **B&M Services, LLC, Plaintiff;**

    d. **Joel Petersen, Member of Plaintiff;**

    e. **Johnny Boone, Member of Plaintiff;**

  f. **Stephanie Sutherland, Member of Plaintiff;**

  g. **Petersen Crop & Cattle, LLC, Third Party;**

  h. **Brandon C. Meadows, Esq., Counsel for Defendant;**

  i. **Jimerson Birr, P.A., Counsel for Defendant; and**

  j. **William A. McBride, Alicia H. Koepke, and Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis, P.A., Counsel for Plaintiff.**

  2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

  **None.**

  3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditor's committee (or twenty largest unsecured creditors) in bankruptcy cases:

  **None.**

  4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

  **L.A. Disaster Relief, LLC.**

  I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and I will immediately notify the Court in writing on learning of any such conflict.

Date: June 30, 2021.

Respectfully submitted,

**JIMERSON BIRR, P.A.**

By: /s/ *Brandon C. Meadows*
Brandon C. Meadows
Florida Bar No. 114246
bmeadows@jimersonfirm.com
One Independent Drive, Suite 1400
Jacksonville, FL 32202
Telephone: (904) 389-0050
Facsimile: (904) 212-1269
samanthab@jimersonfirm.com
*Attorney for L.A. Disaster Relief, LLC*

## **CERTIFICATE OF SERVICE**

I CERTIFY that the foregoing document was electronically filed with the U.S. District Court on this 30th day of June, 2021, via CM/ECF and was served this day on all counsel and all parties entitled to notice via CM/ECF and/or U.S. Mail.

/s/ *Brandon C. Meadows*
Attorney