UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

B & M SERVICES LLC, etc.,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　CASE NO. 3:21-cv-467-MMH-JBT

L.A. DISASTER RELIEF, LLC, etc.,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on the Plaintiff B & M Services LLC's Motion to Compel Defendant L.A. Disaster Relief, LLC's Corporate Representative's Attendance at Deposition and For Sanctions ("Motion") (Doc. 17), and Defendant's Response thereto ("Response") (Doc 19). The discovery deadline has been extended (*see* Doc 20), and it appears that the corporate representative's deposition has been scheduled. (Doc. 19 at 4–5.) Thus, it appears that the only remaining issue in the Motion is the request for fees and costs. (*Id.*)

Considering the totality of the circumstances described in the Motion and Response, including that Plaintiff scheduled the subject deposition on fewer than fourteen days' notice in violation of Local Rule 3.04, the Court declines to award

fees and costs.[1]  However, both parties are admonished to fully cooperate with each other in the scheduling of depositions and other discovery matters.  The Court will not hesitate to award expenses, including attorneys' fees, against any party who is not adequately cooperating or who is taking unreasonable positions.

Accordingly, it is **ORDERED**:

The Motion (**Doc. 17**) is **DENIED without prejudice as moot** with regard to the scheduling of the subject deposition and **DENIED** as to the request for fees and costs.

**DONE AND ORDERED** in Jacksonville, Florida, on January 18, 2022.

_____
JOEL B. TOOMEY
United States Magistrate Judge

Copies to:

Counsel of Record

---

[1] *See also* Middle District Discovery (2021) at Section II.A.1. (available at www.flmd.uscourts.gov).